In the Matter of ALFONSO GRILLO, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.